DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID LAND WHIGHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1808

_____

October 24, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

David Land Whigham, pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

KHOUZAM, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.